UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronald Lawrence Phillips, | Civ. No. 12-2110 (PAM/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| City of Minneapolis, County of Hennepin, and State of Minnesota, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Steven E. Rau dated March 21, 2013. In the R&R, Magistrate Judge Rau recommends dismissing the Complaint without prejudice for Plaintiff's failure to file proof of service of the Defendants, among other failings.

The Court must conduct a de novo review of all portions of a Magistrate Judge's R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); D. Minn. L. R. 72.2(b). No objections have been filed in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 6).

Accordingly, **IT IS HEREBY ORDERED that** the Complaint (Docket No. 1) is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 10, 2013

                                            *s/ Paul A. Magnuson*
                                            Paul A. Magnuson
                                            United States District Court Judge